# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2115

_____

James Wirth,                                          *
                                                     *
                    Appellant,                        *
                                                     *
        v.                                            *
                                                     *
College of the Ozarks, a Missouri                    *
Corporation; James P. Keeter; Robert                 *
Plaster; Harry L. Basore; John Q.                    *    Appeal from the United States
Hammons; Williams B. Todd; Jack W.                   *    District Court for the Western
Justus; Joe Basore; Stan Kroenke;                    *    District of Missouri.
Albert J. O'Brien; Robert Anderson;                  *
Arthur Cahill; Alice Edwards; Donald                 *         [UNPUBLISHED]
Wray; Gary Cowherd; Larry Walther;                   *
Steven Plaster; Mary McCleary-Posner;                *
Jerry Davis; Kenton C. Olson; Suzanne                *
Martin; Larry Cockrum; Teresa Geisler;               *
Paul Gianoli; Jerry Esdon; Doug                      *
Switzer; Terry Hunt; Dana McMahan,                   *
                                                     *
                    Appellees.                        *

_____

Submitted:  March 3, 2000

Filed:  March 9, 2000

_____

Before RICHARD S. ARNOLD, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

After his 1997 termination from a tenured professorship at the College of the Ozarks, James Wirth brought this action against the College and many individuals alleging several claims, including breach of contract and religious discrimination.  The district court granted summary judgment to the defendants on the contract and discrimination claims, dismissed the remaining claims, and awarded the defendants attorney's fees and costs.  Wirth appeals these rulings.  Having carefully reviewed Wirth's arguments, the record, the law, and the district court's analysis, we conclude the district court properly rejected Wirth's claims and properly awarded the defendants fees and costs.   We have nothing to add to the district court's thorough opinions, and thus affirm without further comment.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.